**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-00287-CMA-MJW

KARL SCHOENBERGER,

    Plaintiff,

v.

GREAT-WEST HEALTH CARE OF COLORADO, INC., a Colorado corporation, and HUDICK EXCAVATING, INC., a Colorado corporation,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

    Plaintiff's Motion to Stay Proceedings (Doc. # 15) is DENIED WITHOUT PREJUDICE for failure to comply with D.C.COLO.LCivR 7.1A, which states in pertinent part:

> **Duty to Confer.** The court will not consider any motion, other than a motion under Fed.R.Civ.P. 12 or 56, <u>unless counsel for the moving party</u> or a *pro se* party, before filing the motion, <u>has conferred or made reasonable, good-faith efforts to confer with opposing counsel</u> or a *pro se* party to resolve the disputed matter. The moving party shall state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule. (Emphasis added.)

    This rule leaves no room for assuming that counsel will "oppose the relief sought."

    DATED: June 18, 2009