IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-00287-CMA-MJW

KARL SCHOENBERGER,

    Plaintiff,

v.

GREAT-WEST HEALTH CARE OF COLORADO, INC., a Colorado corporation, and HUDICK EXCAVATING, INC., a Colorado corporation,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Joint Stipulation for Dismissal (Doc. # 34). The Court having considered the Stipulation, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his or its own legal fees and costs.

DATED: December  8 , 2009

                BY THE COURT:

                *Christine M. Arguello*
                _____
                CHRISTINE M. ARGUELLO
                United States District Court Judge